```
Henry E. Leinen              )
PO Box EE                    )
Pacific Grove, CA 93950-0289 )
(831)655-1948 HLEINEN@AOL.com)
     Plaintiff, In Pro Se    )   Case Number:
                             )
           vs.               )
                             )
Debra V. Crawford, Esq.      )
PO Box 373                   )
Carmel, CA 93921-0373        )
           Defendant         )
```



Filed
JUN 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

Civil Rights Case

**COMPLAINT**

C07 03274

**1.** This complaint has original federal jurisdiction due to a Federal Question, 42 U.S.C. § 1983 and the amount of general damages exceeds $75,000.00 as codified at 28 U.S.C § 1332(a). The facts supporting such jurisdiction are annotated in paragraphs 2 through 11.

**2.** Defendant negligently failed to follow California Rules of Civil Procedure sections 415.10 through 416.50 when she failed to serve upon or give notice to Plaintiff a Temporary Restraining Order, (TRO) which was quashed by the court upon Plaintiff's response once Plaintiff was served and responded to the TRO.

**3.** Defendant negligently failed to give notice to Plaintiff of the TRO by personal service, mail, or to leave a copy of the TRO at Plaintiff's residence. At all times Defendant held herself

10. But for the fact that Plaintiff did not receive notice of the TRO at any time, Plaintiff was unable to obtain employment within his career field (law enforcement) during the time the TRO was active. Law enforcement occupations require that applicants pass a background investigation that includes a check of the NCIC. In the event that Plaintiff had been properly served notice of such TRO, he would have delayed his application until the TRO was quashed by the court.

11. Plaintiff prays for relief in the amount of $500,000.00 based on the loss of wages that Plaintiff would have earned from the date of hire to Plaintiff's sixty sixth birthday, at which time Plaintiff would be eligible for Social Security.

12. Plaintiff prays for prejudgment and post judgment costs as well as actual and punitive damages and other relief as deemed appropriate.

13. **DEMAND FOR JURY TRIAL.** Plaintiff demands a jury trial as guaranteed by AMENDMENT VII of the Constitution of the United Sates of America.

Dated this 21st day of June, 2007

_____
Henry E. Leinen, Plaintiff