1
2
3          **\*E-FILED 9.18.2007\***
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
HARRY E. LEINEN,                              No. C07-03274 HRL
11
                    Plaintiff,
12                                            **CLERK'S NOTICE CONTINUING CASE**
      v.                                      **MANAGEMENT CONFERENCE**
13
DEBRA V. CRAWFORD,
14
                    Defendant.
15
_____/
16

17          PLEASE TAKE NOTICE THAT the Initial Case Management Conference previously

18  set for September 25, 2007, has been **re-scheduled for October 23, 2007, 1:30 p.m. in**

19  **Courtroom 2**, 5th Floor of the United States Courthouse, 280 South First Street, San Jose,

20  California.  All deadlines set in the court's Order Setting Initial Case Management Conference

21  and ADR Deadlines are adjusted accordingly.  Additionally, no later than **October 16, 2007**,

22  each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or

23  (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a

24  United States District Judge.

25  Dated:   September 18, 2007

26

27                              /s/
                    _____
28                  Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1    **5:07-cv-2216 Notice mailed to**:

2    Henry E. Leinen
     P.O. Box EE
3    Pacific Grove, CA 93950-0289

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California