Henry E. Leinen
PO Box EE
Pacific Grove, CA 93950-0289
(831)655-1948 HLEINEN@AOL.com
    Plaintiff, *In Pro Se*

vs.

Debra V. Crawford, Esq.
PO Box 373
Carmel, CA 93921-0373
    Defendant

FILED

2007 OCT 19 P 4: 25

Case Number: C07 03274
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

Consent to a Magistrate Judge

1. I was out of the state and unable to communicate this consent on or before October 16, 2007.

2. I consent to have this case heard before a United States Magistrate Judge.

3. I have thus far been unsuccessful in having the defendant served and have now retained a second process service company to serve her.

Dated this 18 day of October, 2007

_____
Henry E. Leinen, Plaintiff