# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
## Magistrate Judge Howard R. Lloyd, Presiding
Courtroom 2 - 5th Floor

# Civil Minute Order

Date:   October 23, 2007                                    Time in Court: 5 min

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:** Henry Leinen v. Debra Crawford
**CASE NUMBER**: C07-03274HRL
Plaintiff Attorney present: Henry Leinen, in pro se
Defendant Attorney present:

---

**PROCEEDINGS: Case Management Conference**


Plaintiff admonished to serve the defendant.

Case Management Conference is continued to December 4, 2007 at 1:30 p.m.