**\*E-FILED 10/23/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY E. LEINEN,<br><br>　　　　Plaintiff,<br>　v.<br><br>DEBRA V. CRAWFORD,<br><br>　　　　Defendant.<br>_____/ | No. C07-03274 HRL<br><br>**ORDER (1) EXTENDING DEADLINE FOR SERVICE OF SUMMONS AND COMPLAINT; AND (2) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff belatedly appeared for an initial case management conference on October 23, 2007.[1] He has not yet effected service of the summons and complaint, and the 120-day time period for service has lapsed. *See* Fed.R.Civ.P. 4(m). Plaintiff says that defendant has evaded prior service attempts and adds that he has now hired another professional process server. Based upon the discussion at the conference, IT IS ORDERED THAT:

Plaintiff shall have through November 20, 2007 in which to effect service of the summons and complaint – an extension which he says should be more than sufficient. Additionally, the initial case management conference is **continued to December 4, 2007, 1:30 p.m. in Courtroom 2**. All deadlines set in the court's Order Setting Initial Case Management

---

[1] Plaintiff appeared nearly half an hour after the appointed time for the conference. The court expects parties to make timely appearances and plaintiff is admonished to do so.

1  Conference and ADR Deadlines (Docket No. 2) are adjusted accordingly.

2  Dated:   October 23, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**Notice mailed to:**

Henry E. Leinen
P.O. Box EE
Pacific Grove, CA 93950-0289

      Plaintiff (Pro Se)