# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Howard R. Lloyd, Presiding**

Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   December 4, 2007                                     Time in Court: 0

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

---

**TITLE:** Henry Leinen v. Debra V. Crawford
**CASE NUMBER**: C07-03274HRL
Plaintiff Attorney present:
Defendant Attorney present:

---

**PROCEEDINGS: Case Management Conference**


No appearances.  Matter is taken off calendar.