| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Henry E. Leinen<br>PO Box EE<br>Pacific Grove, CA 93921<br>E-MAIL | (831) 655-1948<br><br>FAX | **FILED**<br><br>2008 JAN 2 P 3: 48<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| ATTORNEY FOR (Name): IN PROPRIA PERSONA | | |
| United States District Court - Northern District of California<br>STREET ADDRESS: 280 South First Street<br>MAILING ADDRESS: Room 2112<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: Northern District of California | | |
| PLAINTIFF: Henry E. Leinen | | CASE NUMBER:<br>C0703274 |
| DEFENDANT: Debra V. Crawford, Esq | | |
| **PROOF OF SERVICE** | | FILE NUMBER<br>2007012972 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): Notice of Case Management Conference, SUMMONS AND COMPLAINT

3. a. Party served: **Debra V Crawford**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **Debra V Crawford**

4. Address where party was served: 1200 Aguajito Rd
   Monterey, CA 93924

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 12/28/2007 (2)at: 1:35 PM.

7. Person who served papers:
   a. Name: **John Scalla**
   b. Address: **Sheriff's Civil Unit Office of the Sheriff 1414 Natividad Road Salinas, CA 93906**
   c. Telephone number: **(831) 755-3712**
   d. The fee for service was: **$30.00**

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 31, 2007

Sheriff's Authorized Agent
Mike Kanalakis, Sheriff-Coroner

Hearing: <No Information>

Judicial Council form POS-010                Original                                                25615