1  Debra V. Crawford
   PO Box 373
2  Carmel, CA 93921-0373
   Phone: 831.624.2422
3  E-filing: ddvcrawford@earthlink.net

4  Defendant, *in pro se*

FILED

2008 JAN 17 P 2: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

280 S. 1st Street, San Jose, CA 95101

| | |
|---|---|
| HENRY E. LEINEN,<br><br>    Plaintiff,<br><br>v.<br><br>DEBRA V. CRAWFORD, ESQ.<br><br>    Defendant. | Case no. 07-CV-03274 HRL<br>(Assigned to Hon. Howard R. Lloyd, Magistrate Judge)<br>Complaint filed: June 21, 2007<br><br>**NOTICE OF MOTION AND MOTION FOR PERMISSION TO E-FILE; DECLARATION OF DEBRA V. CRAWFORD**<br><br>Date: March 11, 2008<br>Time: 10:00 a.m.<br>Ctrm: 2<br><br>[Filed and served with Proposed Order] |

TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on March 11, 2008, at 10:00 a.m., or as soon thereafter as the matter may be called for hearing in Courtroom 2 of the above-entitled Court, which is located at 280 S. First Street, San Jose, California, defendant Debra V. Crawford will move the Court for an order that she may e-file documents in the above-captioned action.

This motion is made pursuant to the ECF Registration guidelines on the Court website.

HOLLINS & LEVY LLP
M-EfileFINAL.wpd

- 1 -
PRO SE DEFENDANT'S MOTION FOR LEAVE TO E-FILE

07-CIV-03274

1  This motion is based upon this notice, the attached declaration of Debra V. Crawford,
2  the papers, pleadings and other documents in the court's file for the matter, any reply
3  memorandum that may be filed, and such further evidence and argument as may be elicited
4  at the hearing on the motion.

6  Dated: January 16, 2008

  _____
  Debra V. Crawford, defendant

## DECLARATION OF DEBRA V. CRAWFORD

I, Debra V. Crawford, declare:

1. I am an attorney licensed to practice in the State Courts of the State of California. I have personal knowledge of the following and if called upon, could and would testify competently to the following.

2. Although I am an attorney, I do not practice in federal court and I am representing myself in this matter, *in pro se.*

3. I have personally read and understood the "ECF Registration - Pro Se Only" section of this Court's web pages, as well as the technical requirements for e-filing and General Order 45 of this Court.

4. I meet all technical requirements for e-filing in this Court.

5. I will abide by all e-filing and other rules and orders of the Court.

6. I have registered for a PACER account.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct and that this declaration was executed this 16th day of January, 2008, at Carmel, California.

Debra V. Crawford

Hollins & Levy LLP
M-EfileFINAL.wpd

- 3 -
PRO SE DEFENDANT'S MOTION FOR LEAVE TO E-FILE

07-CIV-03274

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is Suite 100, 23801 Calabasas Road, Calabasas, California 91302.

On the date hereinbelow specified, I served the foregoing document, described as set forth below, on the interested parties in this action by the following method(s):

Date of Service:       January 16, 2008

Document Served:   **NOTICE OF MOTION AND MOTION FOR PERMISSION TO E-FILE; DECLARATION OF DEBRA V. CRAWFORD**

Counsel Served:

**Plaintiff, *in pro se***
HENRY E LEININ
PO BOX 33
PACIFIC GROVE CA 93950-0289
831.655.1948
HLEINEN@AOL.com

[x]   **(BY REGULAR MAIL)** I placed true copies thereof, enclosed in sealed envelopes, addressed to each person on whom it is to be served, at the office address as last given by that person on any document filed in the cause, and I placed such envelope(s) with first class postage thereon fully prepaid in the United States mail at Calabasas, California.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at Calabasas, California on January 16, 2008.

                                                            ____Original to be separately filed____
                                                                          Tracy A. Naegele

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is Suite 100, 23801 Calabasas Road, Calabasas, California 91302.

On the date hereinbelow specified, I served the foregoing document, described as set forth below, on the interested parties in this action by the following method(s):

Date of Service:    January 16, 2008

Document Served:    **NOTICE OF MOTION AND MOTION FOR PERMISSION TO E-FILE; DECLARATION OF DEBRA V. CRAWFORD**

Counsel Served:

**Plaintiff, *in pro se***
HENRY E LEININ
PO BOX 33
PACIFIC GROVE CA 93950-0289
831.655.1948
HLEINEN@AOL.com

[x]    **(BY REGULAR MAIL)** I placed true copies thereof, enclosed in sealed envelopes, addressed to each person on whom it is to be served, at the office address as last given by that person on any document filed in the cause, and I placed such envelope(s) with first class postage thereon fully prepaid in the United States mail at Calabasas, California.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at Calabasas, California on January 16, 2008.

                                              Tracy A. Naegele

HOLLINS & LEVY LLP
E-File mtn FINALx.wpd

-4-
PRO SE DEFENDANT'S MOTION FOR LEAVE TO E-FILE

07-CIV-03274