Debra V. Crawford
PO Box 373
Carmel, CA 93921-0373
Phone: 831.624.2422
E-filing: ddvcrawford@earthlink.net

Defendant, *in pro se*

RECEIVED
2008 JAN 17 PM 2:47
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
JAN 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

280 S. 1st Street, San Jose, CA 95101

| | |
|---|---|
| HENRY E. LEINEN,<br><br>         Plaintiff,<br><br>v.<br><br>DEBRA V. CRAWFORD, ESQ.<br><br>         Defendant. | Case no. 07-CV-03274 HRL<br>(Assigned to Hon. Howard R. Lloyd, Magistrate Judge)<br>Complaint filed: June 21, 2007<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO E-FILE<br><br>Date: March 11, 2008<br>Time: 10:00 a.m.<br>Ctrm: 2 |

Defendant Debra V. Crawford having demonstrated that she is qualified to e-file in the instant action, by way of her motion for leave to e-file, ~~noticed for hearing on March 11,~~ WHICH IS DEEMED APPROPRIATE FOR DETERMINATION WITHOUT ORAL ARGUMENT, ~~2008, at 10:00 a.m., in this courtroom,~~ and good cause appearing therefore,

IT IS ORDERED THAT defendant Debra V. Crawford may e-file pleadings and all other qualifying papers with this Court in the instant action.

Dated: 1/22/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

HOLLINS & LEVY LLP
ECF Mtn Order.wpd

- 1 -
~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE TO E-FILE
07-CIV-03274