**FILED** ~~RECEIVED~~

JAN 3 1 2008  ~~JAN 3 1 2008~~

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Henry E. Leinen
   PO Box EE
2  Pacific Grove, CA 93950-0289
   (831) 655-1948
3  E-Filing: HLeinen@aol.com
   Plaintiff, *In Pro Se*
4
                                    Case Number: C07 03274HRL
   VS.
5
                                    **Motion for permission to
6  Debra V. Crawford, Esq.          E File; Declaration of
   PO Box 373                       Henry E Leinen**
   Carmel, CA 93921-0373
7  (831) 624-2422
   E-Filing: ddvcrawford@earthlink.net
8         Defendant

                   United States District Court
                   Northern District of California
                        280 South First St.
                         San Jose CA 95101

Please take notice that on March 11, 2008 at 10:00 a.m., or as soon thereafter as the matter may be called for hearing in Courtroom 2 of the above entitled Court, Plaintiff Henry E Leinen will move the court for an order that he may e-file documents in the above captioned action.

This motion is made pursuant to the ECF Registration guidelines on the Court website. This motion is based on the attached declaration of Henry E Leinen and any other documents in the court's file, or such evidence and argument as may be elicited at the hearing on the motion.

Dated this 28th day of January, 2008

*/s/ Henry E. Leinen*

Henry E. Leinen, Plaintiff

## DECLARATION OF Henry E Leinen

I, Henry E Leinen, declare;

1. I have personally read and understand the "ECF Registration- Pro Se Only" section of the courts Handbook and local Rules as well as the technical requirements for e-filing and General Order 45 of this Court.

2. I meet all technical requirements for e-filing in this Court.

3. I will abide by all e-filing and other rules and orders of the Court.

4. I have registered for a PACER account.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2008

Henry E Leinen

**DECLARATION OF Mark D Putnam**

I, Mark D Putnam, declare;

1. I am a resident of the county of Monterey, State of California. I am over the age of 18 years and am not a party to the within action. My mailing address is 2988 Crescent Rd. Pebble Beach CA 93953.

2. On the date annotated below, I deposited in the United States Mails, first class postage prepaid the documents listed in item 3 to Debra V Crawford PO Box 373 Carmel CA 93921-0373.

3. Motion for permission to E File; Declaration of Henry E Leinen.

4. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2008.

Mark D Putnam