1 | Henry E. Leinen )
2 | PO Box EE )
  | Pacific Grove, CA 93950-0289 )
3 | (831)655-1948 Hleinen@aol.com )
  |      Plaintiff, *In Pro Se* )
4 | ) Case Number: C07 03274HRL
5 | VS. )
  | )
6 | Debra V. Crawford, Esq. )
  | PO Box 373 )
7 | Carmel, CA 93921-0373 )
  |      Defendant, *In Pro Se* )
8 |

*Filed FEB 14 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

**EX PARTE REQUEST**

This request is made pursuant to Federal Rule 15 to request an order from the court to allow the original complaint to be amended by naming Susan M. Dauphine, a <u>State Actor</u> as a co-defendant in Case Number: C07 03274HRL.

I have attached ~~two~~ three copies of the amended complaint and summons and a postage prepaid envelope for the return of one copy of the amended complaint and summons to me for immediate service via the Sheriff's Department, Bailiff Division.

Dated this February 11, 2008

Henry E. Leinen, Plaintiff