**Motion to Strike Amended Complaint**
**Exhibit "B"**

```
1  DEBRA VANIMAN CRAWFORD, SNB 116222
   LAW OFFICES OF CRAWFORD & CRAWFORD
2  P.O. Box 373
   SW 4th & Mission, Suite 5
3  Carmel, CA 93921-0373
   831-624-2422
4
5  Attorneys for Petitioner,
   KAREN SHAFFER LEINEN
6
```



FILED
OCT 14 2005
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
W.G. RAGLAND  DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF MONTEREY

| | |
|---|---|
| IN RE THE MATTER OF: | Case No. DR 39733 |
| Petitioner:  KAREN SHAFFER LEINEN | SUPPLEMENTAL DECLARATION OF KAREN SHAFFER LEINEN IN SUPPORT OF TRO |
| and | |
| Respondent:  HENRY E. LEINEN | |

I, KAREN SHAFFER LEINEN, declare as follows:

1. I am the Petitioner in this action. I have personal knowledge of the following and if called upon, could and would testify competently thereto.

2. Between August 18 and August 26, 2005, I had Respondent's belongings moved into the garage because we had decided that this was the best way to show the house for sale. I also put our dogs at the SPCA because they were destroying the yard and tearing upholstery on furniture in the home and making the house muddy when Respondent let them in. He had told me to take the dogs at the SPCA. When he returned on August 26, 2005. His first question to me was "Where is the house key?" His second question was, "Where is the key to my gun safe?" I told him that it was where he left it (it is still there). It has been there since he got the gun safe about a year ago. I believe that he asked the pointed question of where the key to his guns was as a threat. Why would he ask me a question that he knows the answer to. I believe this was a threat to either

harm me or himself. He admits his medical condition of depression. (See attached portions of Respondent's statement to the U.S. Government in support of his disability retirement claim wherein he admits his depression and drug usage - dated 4-21-05.)

3. After August 26, 2005, Respondent kept the house clean and did the yard work until September 29, 2005, when I did not want to go to dinner with him. He then asked me about the gun safe key again, "Where's the key to my gun safe?" It was the same exact wording as before. It scared me. The usage of the precise wording scares me. He can say it was merely a question, but the precise wording is odd. Thinking of the way he says it gives me pure dread and I have a physical reaction – my stomach hurts and my hands start to shake. HE KNOWS WHERE THE KEY TO THE GUN CASE IS. It is in the garage with the gun safe. He has always had access to the gun safe and the key. The only reason for him to ask me is to show me that he can access the gun safe. This is strange logic, but this is how he thinks. If he thought I was keeping something from him he would pursue it. He says he has an attorney now. He is trying to get me upset and riled up and respond emotionally. I am trying to remain calm and protect myself.

4. Then he sent the infamous email to all our friends and left the two profane voice mail messages as set forth in my previous declaration after drinking alcohol.

5. Another example of Respondent's veiled threats is earlier this year when he sent a copy of his revised Will to both of our children after I told him I was pursuing the divorce action. My daughter was hysterical and asked if that meant that Daddy was killing himself.

6. Respondent is cunning and charming. He would never make an outright threat.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed this <u>14th</u> day of October, 2005 at Carmel, California.


KAREN SHAFFER LEINEN

---

Supplemental Declaration of Karen Shaffer Leinen; DR 39733                                2

and Claim for Compensation | Employment Standards Administration
Office of Workers' Compensation Programs



**Employee:** Please complete all boxes 1 - 18 below. Do not complete shaded areas.
**Employing Agency (Supervisor or Compensation Specialist):** Complete shaded boxes a, b, and c.

**1. Name of employee (Last, First, Middle):** LEINEN Henry Eugen
**2.** 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
**3. Date of birth:** Mo. 02 Day 18 Yr. 54
**4. Sex:** M
**5. Home telephone:** (831) 655-1948
**6. Grade as of date of last exposure:** Level 11 Step 6
**7. Employee's home mailing address (Include city, state, and ZIP code):**
PO Box EE
Pacific Grove, CA 93950-0289
**8. Dependents:**
☒ Wife, Husband
☐ Children under 18 years
☐ Other

**9. Employee's occupation:** CBP Officer

**10. Location (address) where you worked when disease or illness occurred (include city, State, and ZIP code):**
2065 Airport Blvd
San Jose CA 95110

**11. Date you first became aware of disease or illness:** 11 | 22 | 73

**12. Date you first realized the disease or illness was caused or aggravated by your employment:** Mo. 03 Day 25 Yr. 05

**13. Explain the relationship to your employment, and why you came to this realization:**
A specific incident occurred at work that exacerbated my illness. When I was interrogated via electronic mail by Supervisor Lenatti and then forced to write a detailed report as to why I made the decisions I did and the actions I took during an incident at work. These documents are in the possession of the Supervisor and the local Union officials.

**14. Nature of disease or illness:**
Depression

**15. If this notice and claim was not filed with the employing agency within 30 days after date shown above in Item #12, explain the reason for the delay.**
N/A

**16. If the statement requested in Item 1 of the attached instructions is not submitted with this form, explain reason for delay.**
N/A

**17. If the medical reports requested in Item 2 of attached instructions are not submitted with this form, explain reason for delay.**
Medical reports are in the possession of ▮▮▮▮▮▮

**18.** I certify, under penalty of law, that the disease or illness described above was the result of my employment with the United States Government, and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

**Signature of employee or person acting on his/her behalf:** Henry E. Leinen  **Date:** 4-21-05

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

For sale by the Superintendent of Documents, U.S. Government Printing Office Washington, DC 20402

Form CA-2
Rev. Jan. 1997

## Employee's Statement for CA-2
April 21, 2005

A) I have suffered from depression since 1973. This fact is documented on my DD214 discharge document. I have been treated by Psychologists, Psychiatrists, and through my former employer (US Postal Service) EAP program.

*(redacted signature)*

*redacted*

When I got home that afternoon, I had an anxiety attack. I was so depressed that I took an additional pill of Zoloft. I could not sleep the entire night. I have been taking additional pills of Zoloft since. Due to the Zoloft increase, my ability to sleep has lessened to the point that I must sometimes take more than one pill of Clonopin at night.

*redacted*

Henry E. Leinen
employee

2-2