1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
3 |  455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
4 |  Telephone:  (415) 703-5520
 Fax:  (415) 703-5480
5 |  Email:  Paul.Hammerness@doj.ca.gov

6 | Attorneys for Defendant Honorable Susan M.
Dauphine

7 |

8 |

IN THE UNITED STATES DISTRICT COURT

9 |

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 |

SAN JOSE DIVISION

11 |

12 |

13 | HENRY E. LEINEN,                              Case No.  C 07-03274-HRL

14 |                              Plaintiff,    DECLINATION TO
                                              CONSENT TO MAGISTRATE
15 |          v.                                JUDGE; REQUEST FOR
                                              REASSIGNMENT TO A
16 | DEBRA CRAWFORD, et al.,                    UNITED STATES DISTRICT
                                              JUDGE FOR TRIAL AND
17 |                              Defendants.   DISPOSITION [L.R. 73-1(a)]

18 |

19 |

20 | TO THE CLERK OF THE HONORABLE UNITED STATES DISTRICT COURT FOR THE

21 | NORTHERN DISTRICT OF CALIFORNIA:

22 |          PLEASE TAKE NOTICE that Defendant Honorable Susan M. Dauphine, Judge of the

23 | Monterey County Superior Court, hereby declines to consent to the assignment of a United

24 | States Magistrate to this case (pursuant to Local Rule 73-1(a) of the United States District Court,

25 | Northern District of California) and respectfully requests that the clerk randomly reassign the

26 | case to a United States District Judge.

27 | ///

28 | ///

Decl. to Consent to Magistrate Judge; Req. for Reassignment to a U.S. Dist. Judge, etc.          Leinen v. Debra Crawford
                                                                                                C 07-03274-HRL

1 | ///

2

3         Dated:  February 27, 2008.

4                     Respectfully submitted,

5                     EDMUND G. BROWN JR.
                    Attorney General of the State of California

6

7

8                     <u>s/s Paul T. Hammerness</u>
                    PAUL T. HAMMERNESS

9                     Supervising Deputy Attorney General

10                     Attorneys for Defendant Honorable Susan M. Dauphine

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Decl. to Consent to Magistrate Judge; Req. for Reassignment to a U.S. Dist. Judge, etc.       Leinen v. Debra Crawford
                                             C 07-03274-HRL