United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Henry E. Leinen,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESQ. Debra V Crawford, et.al.,<br><br>　　　　Defendants.<br>_____/ | No. C07-03274<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that the Motion hearing in the above-entitled matter which was previously set for March 11, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: February 27, 2008　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Debra Vaniman Crawford    ddvcrawford@earthlink.net
5  Paul T. Hammerness    paul.hammerness@doj.ca.gov
6  Henry E. Leinen
   P.O. Box EE
7  Pacific Grove, CA 93950-0289

2