1  Debra V. Crawford
   PO Box 373
2  Carmel, CA 93921-0373
   Phone: 831.624.2422
3  E-filing: ddvcrawford@earthlink.net

4  Defendant, *in pro se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

280 S. 1st Street, San Jose, CA 95101

| | |
|---|---|
| HENRY E. LEINEN, | Case no. 07-CV-03274 HRL |
| | (Assigned to Hon. Howard R. Lloyd, Magistrate Judge) |
| Plaintiff, | Complaint filed: June 21, 2007 |
| | **AMENDED PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION TO STRIKE FIRST AMENDED COMPLAINT AS SLAPP SUIT PURSUANT TO CCP §425.16** |
| v. | |
| DEBRA V. CRAWFORD, ESQ. | |
| Defendant. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# AMENDED PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is Suite 100, 23801 Calabasas Road, Calabasas, California 91302.

On the date hereinbelow specified, I served the foregoing document, described as set forth below, on the interested parties in this action by the following method(s):

Date of Service:     February 27, 2008

Document Served:     **NOTICE OF MOTION AND MOTION TO STRIKE FIRST AMENDED COMPLAINT AS SLAPP SUIT PURSUANT TO CCP §425.16; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION; EXHIBITS**

Counsel Served:

**Plaintiff, *in pro se***
HENRY E LEININ
PO BOX 33
PACIFIC GROVE CA 93950-0289
831.655.1948
HLEINEN@AOL.com

**Judicial Council (CCP §425.16(j))**
JUDICIAL COUNCIL OF CALIFORNIA
455 GOLDEN GATE AV 7TH FL
SAN FRANCISCO CA 94102

**Counsel for Defendant Susan M. Dauphine**
PAUL T HAMMERNESS
ATTORNEY AT LAW
455 GOLDEN GATE AV STE 11000
SAN FRANCISCO CA 94102-7004
415.703.5520
*Fax:*   415.703.5480
paul.hammerness@doj.ca.gov

[ x ]   **(BY REGULAR MAIL)** I placed true copies thereof, enclosed in sealed envelopes, addressed to each person on whom it is to be served, at the office address as last given by that person on any document filed in the cause, and I placed such envelope(s) with first class postage thereon fully prepaid in the United States mail at West Hills, California.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at Calabasas, California on February 27, 2008.

/s
Tracy A. Naegele