UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY E. LEINEN,<br><br>        Plaintiff(s),<br><br>   v.<br><br>DEBRA V. CRAWFORD, ESQ.,<br><br>        Defendant(s).<br>_____/ | No. C 07-03274 JW<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the reassignment of this case all previous dates have been VACATED before Magistrate Judge Howard R. Lloyd.  A new Case Management Conference has been set before Judge James Ware on **April 14, 2008 at 10:00 AM ,** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.  The parties are to file a Joint Case Management Conference statement by **April 4, 2008.**

Dated: March 3, 2008

                                             FOR THE COURT,
                                             Richard W. Wieking, Clerk


                                       by: _____/s/_____
                                            Elizabeth Garcia
                                            Courtroom Deputy