EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5520
 Fax:  (415) 703-5480
 Email:  Paul.Hammerness@doj.ca.gov

Attorneys for State Judicial Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE CIVIL DIVISION

| | |
|---|---|
| HENRY E. LEINEN,<br><br>                              Plaintiff,<br><br>     v.<br><br>DEBRA CRAWFORD, et al.,<br><br>                              Defendants. | Case No.  C 07-03274-JW<br><br>**STATE JUDICIAL DEFENDANT'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE PENDING HEARING OF DISPOSITIVE MOTIONS; [PROPOSED] ORDER**<br><br>Date: April 14, 2008<br>Time: 10:00 a.m.<br>Courtroom: 8 (4th Floor)<br>Judge: Honorable James Ware |

A.   **Nature of Action; Procedural Status.**

This is an action for damages brought by *pro per* plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff sues the State Judicial Defendant, the Honorable Susan Dauphine, seeking damages because of her issuance of a domestic violence restraining order against him in prior state court proceedings, back in November of 2005.

Following service of this action, the State Judicial Defendant has promptly calendared a motion to dismiss, now set for hearing on April 21, 2008.  The motion asserts, *inter alia*, that the action is barred by absolute judicial immunity, Eleventh Amendment immunity and under the Rooker-Feldman doctrine.  Co-defendant Crawford (plaintiff's ex-wife's former attorney) has

1 also calendared a dispositive motion to be heard on April 21, 2008.

**B.  Grounds for Request.**

After filing, the matter was set for a case management conference for April 14, 2008 (a week prior to the hearing date of defendants' motions). Proper preparation for such a conference would require a substantial amount of effort, including service and filing of early disclosures, and a joint case management conference statement.

Given the pendency of the defendants' dispositive motions, however, it would appear premature to hold the case management conference on the scheduled date. Obviously, if the motions are successful, the necessity for the conference would be mooted. However, even if the motions are not wholly-dispositive, the likely narrowing of issues would render much of the case management conference preparation and discovery unnecessary.

Consequently, in the interests of justice, to avoid unnecessary time and expense to all parties, the State Judicial Defendant herein respectfully requests that the current case management conference (and associated requirements) be continued and/or vacated pending the hearing on the defendants' motions.

Dated:  March 7, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


s/s Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for State Judicial Defendant

State Jud. Deft's Req. for Cont. of CMC Pending Hrg. of Disp. Motions; [Proposed] Ord.   Leinen v. Crawford
C 07-03274-JW

2

**[PROPOSED] ORDER**

IT IS ORDERED that the Initial Conference Management Conference herein be continued to _____, 2008.

DATED: _____

                                         _____
                                         HONORABLE JAMES WARE
                                         United States District Court Judge

40225476.wpd
SF2008400604

State Jud. Deft's Req. for Cont. of CMC Pending Hrg. of Disp. Motions; [Proposed] Ord.   Leinen v. Crawford
C 07-03274-JW

3