**Motion to Strike Amended Complaint**
**Exhibit "A"**

| **DV-100** | **Request for Order** |
|---|---|

*Clerk stamps date here when form is filed.*

**FILED**
OCT 11 2005
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
W.G. RAGLAND  DEPUTY

**① Your name (person asking for protection):**
KAREN SHAFFER LEINEN

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*
_____

City: _____  State: _____  Zip: _____

Your telephone number *(optional):* _____

Your lawyer *(If you have one): (Name, address, telephone number, and State Bar number):*
DEBRA VANIMAN CRAWFORD, SBN 116222
P.O. Box 373
Carmel, CA 93921
831-624-2422

*Fill in court name and street address:*

**Superior Court of California, County of**
MONTEREY
SUPERIOR COURT OF CALIFORNIA
1200 Aguajito Road
1200 Aguajito Road
Monterey, CA 93940

*Clerk fills in case number when form is filed.*

**Case Number:**
DR 39733

**② Name of person you want protection from:**
HENRY E. LEINEN

Description of that person: Sex: [X] M  [ ] F  Height: 6'1"
Weight: 250   Race: Caucasion   Hair Color: Grey
Eye Color: Blue   Age: 51   Date of Birth: 2/18/54

**③ Besides you, who needs protection?** *(Family or household members):*

| Full Name | Age | Lives with you? | How are they related to you? |
|---|---|---|---|
| _____ | ___ | [ ] Yes [ ] No | _____ |
| _____ | ___ | [ ] Yes [ ] No | _____ |
| _____ | ___ | [ ] Yes [ ] No | _____ |
| _____ | ___ | [ ] Yes [ ] No | _____ |

[ ] Check here if you need more space. Attach Form MC-020 and write "DV-100, Item 3—Protected People" by your statement. NOTE: In any item that asks for Form MC-020, you can use an 8 1/2 x 11 inch sheet of paper instead.

**④ What is your relationship to the person in ②?** *(Check all that apply):*
a. [X] We are now married or registered domestic partners.
b. [ ] We used to be married or registered domestic partners.
c. [ ] We live together.
d. [ ] We used to live together.
e. [ ] We are relatives, in-laws, or related by adoption *(specify relationship):* _____
f. [ ] We are dating or used to date.
g. [ ] We are engaged to be married or were engaged to be married.
h. [ ] We are the parents together of a child or children under 18:

Child's Name: _____   Date of Birth: _____
Child's Name: _____   Date of Birth: _____
Child's Name: _____   Date of Birth: _____

[ ] Check here if you need more space. Attach Form MC-020 and write "DV-100, Item 4h" by your statement.

i. [ ] We have signed a Voluntary Declaration of Paternity for our child or children. *(Attach a copy if you have one.)*

**This is not a Court Order.**

Judicial Council of California
Rev. July 1, 2005, Mandatory Form
Family Code, § 6200 et seq.

**Request for Order**
*(Domestic Violence Prevention)*



DV-100, Page 1 of 4
→

Your name: KAREN SHAFFER LEINEN

Case Number: DR 39733

⑤ **Other Court Cases**

a. Have you and the person in ② been involved in another court case?  ☐ No  ☒ Yes
If yes, where? County: Monterey   State: CA
What are the case numbers? *(If you know):* DR 39733
What kind of case? *(Check all that apply):*
☐ Registered Domestic Partnership  ☒ Divorce/Dissolution  ☐ Parentage/Paternity  ☐ Legal Separation
☐ Domestic Violence  ☐ Criminal  ☐ Juvenile  ☐ Child Support  ☐ Nullity  ☐ Civil Harassment
☐ Other *(specify):* _____

b. Are there any domestic violence restraining/protective orders now (criminal, juvenile, family)?
☒ No  ☐ Yes  *If yes, attach a copy if you have one.*

## What orders do you want? Check the boxes that apply to your case. ✓

⑥ ☒ **Personal Conduct Orders**

I ask the court to order the person in ② not to do the following things to me or any of the people listed in ③:

a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movements

b. ☒ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail

⑦ ☒ **Stay-Away Order**

I ask the court to order the person in ② to stay at least _____ yards away from: *(Check all that apply):*
a. ☒ Me
b. ☐ The people listed in ③
c. ☒ My home
d. ☒ My job or workplace
e. ☐ The children's school or child care
f. ☒ My vehicle
g. ☐ Other *(specify):* _____

If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, or place of worship? ☒ Yes ☐ No *(If no, explain):* _____

⑧ ☒ **Move-Out Order**

I ask the court to order the person in ② to move out from and not return to *(address):*
1212 Lawton, Pacific Grove, CA
I have the right to live at the above address because *(explain):* I am the co-owner of the home.

⑨ ☐ **Child Custody, Visitation, and Child Support**

I ask the court to order child custody, visitation, and/or child support. *You must fill out and attach Form DV-105.*

⑩ ☐ **Spousal Support**
You must fill out and file form FL-150 or FL-155 before your hearing. You can make this request only if you are married to, or are a registered domestic partner of, the person in ② and no spousal support order exists.

**This is not a Court Order.**

Rev. July 1, 2005

**Request for Order**
(Domestic Violence Prevention)

DV-100, Page 2 of 4

| Your name: KAREN SHAFFER LEINEN | Case Number: DR 39733 |

## What orders do you want? Check the boxes that apply to your case. ☑

**(11) ☐ Record Unlawful Communications**
I ask for the right to record communications made to me by the person in ② that violate the judge's orders.

**(12) ☒ Property Control**
I ask the court to give *only* me temporary use, possession, and control of the property listed here:
1212 Lawton, Pacific Grove, CA

**(13) ☐ Debt Payment**
I ask the court to order the person in ② to make these payments while the order is in effect:
☐ Check here if you need more space. Attach Form MC-020 and write "DV-100, Item 12—Debt Payment" by your statement.

Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**(14) ☐ Property Restraint**
I am married to or have a registered domestic partnership with the person in ②. I ask the judge to order that the person in ② not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the person in ② to notify me of any new or big expenses and to explain them to the court.

**(15) ☐ Attorney Fees and Costs**
I ask that the person in ② pay some or all of my attorney fees and costs.
*You must complete and file Form FL-150, Income and Expense Declaration.*

**(16) ☐ Payments for Costs and Services**
I ask that the person in ② pay the following:
*You can ask for lost earnings or your costs for services caused directly by the person in ② (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*

Pay to: _____ For: _____ Amount: $ _____
Pay to: _____ For: _____ Amount: $ _____
Pay to: _____ For: _____ Amount: $ _____

**(17) ☐ Batterer Intervention Program**
I ask the court to order the person listed in ② to go to a 52-week batterer intervention program and show proof of completion to the court.

**(18) No Fee to Serve (Notify) Restrained Person**
*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk if you need to file more forms. You may need Form CH-101/DV-290 and Form 982(a)(17).*

**This is not a Court Order.**

| Your name: KAREN SHAFFER LEINEN | Case Number: DR 39733 |

## What orders do you want? Check the boxes that apply to your case. ✓

**⑲ ☐ More Time for Notice**

I need extra time to notify the person in ② about these papers. Because of the facts explained on this form, I want the papers served up to ____ days before the date of the hearing. *For help, read DV-210.*

If necessary, add additional facts: _____

**⑳ ☒ Other Orders**

What other orders are you asking for? <u>If the temporary resraining orders are not granted I request an order shortening service and time for hearing.</u>

☐ Check here if you need more space. Attach MC-020 and write "DV-100, Item 20—Other Orders" by your statement.

**㉑ Turn in Guns or other Firearms**

If the judge approves the order, the person in ② will be required to sell to a gun dealer or turn in to police any guns or firearms that he or she has or controls. Describe any use or threatened use of firearms in ㉒.

**㉒ Describe the most recent abuse.**

a. Date of most recent abuse: <u>9/29/05</u>

b. Who was there? <u>Myself</u>

c. What did the person in ② do or say that made you afraid? <u>He left two lengthy voice mail messages threatening me, stating profanities and calling me profane names. See Attached Declaration. He sent an irrational email to our friends and relatives (and me).</u>

d. Describe any use or threatened use of guns or other weapons: <u>No actual threats, but Respondent owns numerous firearms.</u>

e. Describe any injuries: <u>Emotional trauma resulting in physical symptoms and nervousness.</u>

f. Did the police come? ☒ No ☐ Yes

If yes, did they give you an Emergency Protective Order? ☐ Yes ☐ No ☐ I don't know
*Attach a copy if you have one.*

☒ Check here if you need more space. Use Form MC-020 and write "DV-100, Item 22—Recent Abuse" by your statement.

☒ Check here if the person in ② has abused you (or your children) other times. Use Form DV-101 or Form MC-020 to describe any previous abuse.

**㉓** I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: <u>10/10/2005</u>

KAREN SHAFFER LEINEN
*Type or print your name*

▶ *Karen Shaffer Leinen*
*Sign your name*

**This is not a Court Order.**

Attachment No. 20

<u>Declaration of Karen Shaffer Leinen</u>

I, KAREN SHAFFER LEINEN, declare as follows:

1. I am the Petitioner in this action. I have personal knowledge of the following and if called upon, could and would testify competently thereto.

2. Respondent is being treated for depression (I have seen manic behavior as well) and is an alcoholic. He is on many medications prescribed by two different doctors. I have seen the prescriptions he is taking and they are contraindicated for alcohol, yet Respondent drinks an average of two bottles of wine per day. Respondent's behavior has really scared me lately. His mood changes are more radical. On September 22, 2005, he sent me an email outlining a proposal for us to get back together. On September 29, 2005, he sent a scathing and inflammatory email to our family friends and me about why I am asking for a divorce. Later that night he left two messages on my cell phone which contained threats and profanity. They were very unpleasant and upset and scared me very much. I am having trouble sleeping and having physical symptoms of nervousness as a result. He used to abuse me verbally in person but we are not now living together as I have moved and so he sends me emails and leaves voice mail messages on my phone. (He was physically abusive many years ago, but then it became verbal only after he entered the postal alcoholic recovery program.) He was sober for 15 years and then began drinking again about 1997. I filed for divorce in 2002 and we tried to work it out, but were unable to. I re-started proceedings earlier this year.

In the first message of September 29, 2005, I could tell from experience that Respondent had been drinking alcohol. In the second message his voice is more slurred and less in control. I have heard Respondent's voice on voice mail messages before and I recognize the voice as Respondent's. I have also heard his voice after he has had a considerable amount to drink and I recognize his voice in that condition.

3. Respondent is trained in law enforcement and weaponry. He has many firearms in

Attachment No. 20-Declaration of Karen Shaffer Leinen                                         1

his possession, including an assault rifle, and a shortened shotgun. When I moved his items into the garage to make the house show better (it is listed for sale), his first comment was "where's the key to my gun safe?" It is still at the house along with the gun safe. He has full access to his guns. It scares me especially since his behavior and aggression is escalating.

4. He has stated that he wants to keep our house and will do everything he can to keep the house. He recently began a correspondence course law school and has told me that he is going to sue me for trespass to chattel and intentional infliction of emotional distress. He said that I will have to hire a lawyer to defend me in that case and he will get all of the house from me. He said he was going to play hard ball and that now we were going to play his way. I have had the two messages from September 29, 2005, professionally recorded from my phone onto CDs which are available to the Court.

5. He is being difficult with the sale of the home. It was listed for $1,499,000 and then we lowered the price to $1,199,000. Our realtor thinks it should be lowered again since there is no interest in it. I am filing a separate motion for an appraisal. I am requesting that Respondent move from the home and that I be awarded temporary possession and control of the home so that I can keep it clean and in proper order for showing.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed this <u>10th</u> day of October, 2005 at Carmel, California.

SIGNATURE ON FORM DV-100

Attachment No. 20-Declaration of Karen Shaffer Leinen    2