Henry E. Leinen )
PO Box EE )
Pacific Grove, CA 93950-0289 )
(831) 655-1948 )
    Plaintiff, *In Pro Se* )
)  Case Number: C07 03274JW
VS. )
)
Debra V. Crawford, Esq. et al )
)
    Defendant, *In Pro Se* )

FILED
2008 MAR 14 A 8:12
RICHARD W. WIEKING
CLERK
US DIST. OF CA, S.J.

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

### Objection to State's Judicial Defendants Motion to Dismiss

**1.** This opposition to Defendant's motion to dismiss the first amended complaint (AC) is made for several reasons and prior case law as annotated below.

**2.** The instant action is not barred by absolute judicial immunity. Under the doctrine of *Ex parte Young (1908)* a State official in their individual capacity, can commit constitutional wrongs and in such case, the Eleventh Amendment provides no refuge from federal jurisdiction, see *SCHEUER v. RHODES*, 416 U.S. 232 (1974). In the instant action defendant Dauphine erred when she failed to follow the court calendar and as a result, Plaintiff was not allowed his constitutional right to be heard **(EX-1)** with respect to the matters before the court, terminating Plaintiff's right to be heard, to file an objection, or motion.

1  The only recourse Plaintiff had to this error was an appeal, see
2  *Pullman v. Allen* 104 S. Ct. 1970, 1975-76 (1984). Due to the
3  very nature of the error, Plaintiff could not appeal, but file
4  an answer to the Temporary Restraining Order (TRO). This is a
5  reversible error.

   **3.** As the Amended Complaint (AC) prays for "other relief
   as deemed appropriate", [AC 14 p.6] declaratory and or
   injunctive relief are still available to Plaintiff, see *Mitchum
   v. Foster* 407 U.S. 205 (1972). As "other relief" has been prayed
   for, Plaintiff prays that a <u>Declaratory Judgment</u> determining
   Plaintiff's rights with respect to Defendant Dauphine be entered
   upon the adjudication in the instant action in respect to items
   1, 2, and 4 [AC pp 1-4] as applied under Rule 57 FRCP.

   **4.** For the reasons cited above, I pray that Defendant's
   Motion to Dismiss not be granted.

                                       Dated this March 11, 2008

                                       Henry E. Leinen, Plaintiff

(PROOF OF SERVICE BY MAIL--CCP 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF MONTEREY     )

I, DEBRA VANIMAN CRAWFORD, declare:

I am over the age of 18 years, employed in the county of Monterey, and am not a party to the within action; my business address is P.O. Box 373, Carmel, California 93921.

On November 11, 2005, I served the foregoing document described as RESPONSIVE DECLARATION on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, with postage fully prepaid, in the United States mail at Carmel, California 93921, addressed as follows:

Henry E. Leinen
Box EE
Pacific Grove, CA 93950-0289

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 11, 2005 at Carmel, California.

DEBRA VANIMAN CRAWFORD

EX 1-A

**FL-320**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Henry E. Leinen<br>PO Box EE<br>Pacific Grove, CA 93950-0289<br><br>TELEPHONE NO.: (831)655-1948   FAX NO.:<br>ATTORNEY FOR *(Name):* in propria persona | **FILED**<br><br>OCT 2 5 2005<br><br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____ DEPUTY<br><br>JANICE N. SHELDON |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY
STREET ADDRESS: 1200 Aguajito
MAILING ADDRESS: 1200 Aguajito
CITY AND ZIP CODE: Monterey, CA 93940
BRANCH NAME: MONTEREY

PETITIONER/PLAINTIFF: Karen Shaffer Leinen

RESPONDENT/DEFENDANT: Henry E. Leinen

| RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE<br>OR NOTICE OF MOTION | CASE NUMBER:<br>DR 39733 |
|---|---|
| HEARING DATE: 11/17/2005    TIME: 9:15    DEPARTMENT OR ROOM: 16 | |

1. ☐ **CHILD CUSTODY**
   a. ☐ I consent to the order requested.
   b. ☐ I do not consent to the order requested but I consent to the following order:

2. ☐ **CHILD VISITATION**
   a. ☐ I consent to the order requested.
   b. ☐ I do not consent to the order requested but I consent to the following order:

3. ☐ **CHILD SUPPORT**
   a. ☐ I consent to the order requested.
   b. ☐ I consent to guideline support.
   c. ☐ I do not consent to the order requested, but I consent to the following order:
      (1) ☐ Guideline
      (2) ☐ Other *(specify):*

4. ☐ **SPOUSAL SUPPORT**
   a. ☐ I consent to the order requested.
   b. ☐ I do not consent to the order requested.
   c. ☐ I consent to the following order:

5. ☐ **ATTORNEY FEES AND COSTS**
   a. ☐ I consent to the order requested.
   b. ☐ I do not consent to the order requested.
   c. ☐ I consent to the following order:

EX 1-B

Page 1 of 2<br>
www.courtinfo.ca.gov<br>
Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
FL-320 [Rev. January 1, 2003]<br>
**RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION**<br>
American LegalNet, Inc.<br>
www.USCourtForms.com

## DECLARATION OF Mark D Putnam

I, Mark D Putnam, declare;

1. I am a resident of the county of Monterey, State of California. I am over the age of 18 years and am not a party to the within action. My mailing address is 2988 Crescent Ave. Pebble Beach CA 93953.

2. On the date annotated below, I deposited in the United States Mails, first class postage prepaid the documents listed in item 3 to: Debra V Crawford PO Box 373 Carmel CA 93921-0373,

   Paul T Hammerness 455 Golden Gate Ave. Suite 11000

   San Francisco, CA 94102-7004

3. Objection to State's Judicial Defendants Motion to Dismiss with one exhibit.

4. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2008.

Mark D Putnam

Declaration of Mailing

Case Number: C07 03274JW