1  Debra V. Crawford
   PO Box 373
2  Carmel, CA 93921-0373
   Phone: 831.624.2422
3  E-filing: ddvcrawford@earthlink.net

4  Defendant, *in pro se*

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  HENRY E. LEINEN, | Case no. 07-CV-03274 JW (hrl) |
|  | (Assigned to Hon. James Ware, Courtroom 8) |
| 11       Plaintiff, | Complaint filed: June 21, 2007 |
| 12  v. | **NOTICE THAT PLAINTIFF HENRY E. LEINEN HAS FILED NO OPPOSITION TO DEFENDANT DEBRA V. CRAWFORD'S SPECIAL MOTION TO STRIKE (DOC 29)** |
| 13  DEBRA V. CRAWFORD, ESQ. | |
| 14 | |
| 15       Defendant. | Date: April 21, 2008 |
| 16 | Time: 9:00 a.m.  Ctrm: 8 |

17  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18       PLEASE TAKE NOTICE that plaintiff Henry E. Leinen has not filed any opposition to

19  defendant's special motion to strike the amended complaint, for an award of attorney's fees,

20  and dismissal of the above-captioned action with prejudice (Doc 29).

21       Accordingly, based upon the evidence attached to and for the reasons set forth in the

22  moving papers, it is respectfully submitted that the amended complaint should be stricken,

23  defendant awarded $5,000.00 attorney's fees for her expenses, including outside attorney's

24  fees, incurred in defending in the above captioned action, and judgment of dismissal, with

25  prejudice, be entered in favor of defendant Debra Crawford and against plaintiff Henry E.

26  Leinen.

27  Dated: April 4, 2008

28                                    /s/
                                      Debra V. Crawford, defendant

1 CERTIFICATE OF SERVICE

2   On April 4, 2008, this paper was served via the Court's ECF system on the counsel

3   of record listed below:

4   **Counsel for Defendant Judge Susan M. Dauphine**
    EDMUND G. BROWN
5   Attorney General of the State of California
    PAUL T. HAMMERNESS, ESQ.
6   455 GOLDEN GATE AV STE 11000
    SAN FRANCISCO CA 94102-7004
7   Phone: 1.415.703.5520
    *Fax:*   1.415.703.5480
8   Email: Paul.Hammerness@doj.ca.gov

9   On April 4, 2008, this paper was served via 1st class mail on the remaining counsel

10  of record, listed below:

11  **Plaintiff, in *pro per***
    HENRY E LEININ
12  PO BOX 33
    PACIFIC GROVE CA 93950-0289
13  831.655.1948
    HLEINEN@AOL.com
14
    DATED: April 4, 2008          /s/
15                                 Debra V. Crawford

16

17

18

19

20

21

22

23

24

25

26

27

28

MS425-16 No Opp rev.wpd

- 2 -
**DEFENDANT'S SPECIAL MOTION TO STRIKE: Notice of No Opposition**
07-CIV-03274

1 **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is Suite 100, 23801 Calabasas Road,
4  Calabasas, California 91302.

5  On the date hereinbelow specified, I served the foregoing document, described as set forth below, on the interested parties in this action by the following method(s):
6

7  Date of Service:    April 4, 2008

8  Document Served:    **NOTICE THAT PLAINTIFF HENRY E. LEINEN HAS FILED NO OPPOSITION TO DEFENDANT DEBRA V. CRAWFORD'S**
9  **SPECIAL MOTION TO STRIKE (DOC 29)**

10  Counsel Served:

11  **Plaintiff,** *in pro se*
   HENRY E LEININ
12  PO BOX 33
   PACIFIC GROVE CA 93950-0289
13  831.655.1948
   HLEINEN@AOL.com
14

15  [ x ]    **(BY REGULAR MAIL)** I placed true copies thereof, enclosed in sealed envelopes, addressed to each person on whom it is to be served, at the office address as last given by that person on any document filed in the cause, and I placed such envelope(s) with first class postage thereon fully
16  prepaid in the United States mail at Calabasas, California.

17  * * *
   I declare under penalty of perjury under the laws of the United States that the foregoing is true and
18  correct and that this declaration was executed at Calabasas, California on April 4, 2008.

19
                                                            /s/
20                                                          Tracy A. Naegele

21

22

23

24

25

26

27

28