1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for State Judicial Defendant

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  HENRY E. LEINEN,                          **Case No.  C 07-03274-JW**

13                          Plaintiff,        **STATE JUDICIAL
                                              DEFENDANT'S CASE
14       v.                                   MANAGEMENT CONFERENCE
                                              STATEMENT**
15  DEBRA CRAWFORD, et al.,
                                              **Date:  April 21, 2008**
16                          Defendants.       **Time:  10:00 a.m.
                                              Courtroom:  8 (4th Floor, San Jose)
17                                            Judge:  Honorable James Ware**

18       COMES NOW the Honorable Susan M. Dauphine and submits the following case

19  management conference statement.  Given plaintiff's *pro per* status, and the inherent difficulty of

20  communication, defendant claims a separate statement is justified.  Local Rule 16-9(a).

21       a.    <u>**Description of the Case.**</u>

22       This is an action for damages pursuant to 42 U.S.C. § 1983 brought by *pro per* plaintiff

23  Leinen against two individuals connected to his state court marital dissolution case.  Named as

24  defendants are Monterey County Superior Court Judge Susan Dauphine, who issued a domestic

25  violence restraining order against plaintiff on November 17, 2005 (FAC, p. 1 and exhibits

26  thereto); and the attorney for plaintiff's ex-wife who sought the order, Debra Crawford (FAC, pp.

27  1-2).

28       Claiming that Judge Dauphine violated his federal civil rights by committing

State Judicial Deft's. Case Management Conf. Statement              *Leinen, Henry v. Debra Crawford*
                                                                    C 07-03274-JW

procedural irregularities during the November 2005 hearing that resulted in the issuance of the restraining order against him, plaintiff seeks damages for lost wages, allegedly incurred as a result of his inability to find law enforcement employment.  (FAC. pp. 2-6).

**b.   Procedural Status.**

Both defendants have filed dispositive motions, set to be heard on April 21, 2008, prior to the Case Management Conference.

**c.   Further Proceedings.**

As set forth in the State Judicial Defendant's pending motion to dismiss, the allegations of the amended complaint assert claims against the judge solely for actions taken in her judicial capacity.  Consequently, absolute judicial immunity bars this action.  To the extent plaintiff sues the State Judicial Defendant in her official capacity, suit is barred by the Eleventh Amendment.  Additionally, plaintiff's claim against the judge, as it seeks to have this Court review the merits of the prior State court ruling, is barred under the  Rooker-Feldman doctrine.  The claim is likewise, barred by the statute of limitations.

Pending disposition of the upcoming motion and the viability of the action, the State Judicial Defendant requests that all discovery be stayed.  Pending a ruling on the motion to dismiss, such a stay of discovery is warranted.  *Mitchell v. Forsyth*, 472 U.S. 511, 525-26 (1985); *Miller v. Gammie*, 292 F.3d 982, 987 (9th Cir. 2002) (no discovery to be allowed pending determination of threshold immunity issues).

Dated:  April 9, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California



s/s/ Paul T. Hammerness
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for State Judicial Defendant

State Judicial Deft's. Case Management Conf. Statement

*Leinen, Henry v. Debra Crawford*
C 07-03274-JW

2