```
Henry E. Leinen              )
PO Box EE                    )
Pacific Grove, CA 93950-0289 )
(831)655-1948                )
      Plaintiff, In Pro Se   )
                             )   Case Number: C07 03274JW
          VS.                )
                             )
Debra V. Crawford, Esq. et al)
                             )
      Defendant, In Pro Se   )
```

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

### Plaintiff's Second Objection to State's Judicial Defendants Motion to Dismiss

**1.** This opposition to Defendant's motion to dismiss the first amended complaint (AC) is made for several reasons and prior case law as annotated below.

**2.** The Rooker-Feldman doctrine bars lower federal courts "from considering issues actually presented to and decided by a state court . . ." Allstate Ins. Co. v. West Va. State Bar, 233 F. 3d 813, 816 (4th Cir. 2000). See also Allstate v. West Va. State Bar, 998 F. Supp. 690, 693 (S.D. W. Va. 1998) (Haden, C.J.) (applying Rooker-Feldman). In the instant complaint Plaintiff was not allowed to present for consideration <u>any issue</u> to the defendant judge as proven by the courts own text of the actual record of the case, see original Objection exhibit 1. The

1  Court in Alder noted that the state court order did not
2  specifically address the due process claim which the federal
3  court Plaintiff sought to pursue. However, the Court found this
4  to be insignificant under Rooker-Feldman because the claims
5  which he sought to bring in federal court were inextricably
6  intertwined with the state court judgment: "A federal claim is
7  inextricable intertwined with the state court judgment if the
8  federal claim succeeds only to the extent that the state court
9  wrongly decided the issued before it." Pennzoil Company v.
10 Texaco, Inc., 481 U.S. 1, 25, 95 L. Ed. 2d 1, 107 S. Ct. 1519
11 (1987) (Marshall, J. concurring). Again, in the instant
12 complaint no issues were decided as the defendant judge failed
13 to follow the calendar before her, specifically an <u>Order to Show</u>
14 <u>Cause</u> hearing set for 9:15 a.m. on November 17, 2005, see
15 opposition to defendant Crawford's motion to strike **(EX1A&B)**.

    **3.** The Statue of Limitations in the instant complaint
began on May 24, 2007 when the Superior Court of Monterey ruled
that defendant Crawford's documents (or lack thereof) were not
privileged; see opposition to defendant Crawford's motion to
strike **(EX3)**. Further, defendant Dauphine was brought into this
instant case because the claim asserted in the amended complaint
arose out of the conduct, transaction, and occurrences set forth
in the original complaint FRCP 15 (c).

**4.** Dismissal is not warranted based on the issuance of a temporary restraining order (TRO), as it was rescinded once Plaintiff had been given actual notice of such and responded to the TRO. Nor is this complaint about the issuance of a TRO, simply the proper service of it. The gravamen of the complaint is that the defendant judge did not follow the court calendar nor did she allow Plaintiff to file any objections, motions, or introduce evidence that was germane to the case at bar; Order to Show Cause as to community property.

**5.** For the reasons cited above, I pray that Defendant's Motion to Dismiss not be granted.

Dated this March 24, 2008

*Henry E. Leinen*
Henry E. Leinen, Plaintiff

## DECLARATION OF Mark D Putnam

I, Mark D Putnam, declare;

1. I am a resident of the county of Monterey, State of California. I am over the age of 18 years and am not a party to the within action. My mailing address is 2988 Crescent Ave. Pebble Beach CA 93953.

2. On the date annotated below, I deposited in the United States Mails, first class postage prepaid the documents listed in item 3 to: Debra V Crawford PO Box 373 Carmel CA 93921-0373,

   Paul T Hammerness 455 Golden Gate Ave. Suite 11000

   San Francisco, CA 94102-7004

3. Second Objection to State's Judicial Defendants Motion to Dismiss.

4. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2008.

*Mark D Putnam*

Declaration of Mailing

Case Number: C07 03274JW