```
Henry E. Leinen            )
PO Box EE                  )
Pacific Grove, CA 93950-0289 )
(831)655-1948              )
      Plaintiff, In Pro Se )
                           )    Case Number: C07 03274JW
      VS.                  )
                           )    4/21
Debra V. Crawford, Esq. et al )
                           )
      Defendant, In Pro Se )
```

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

**OPPOSITION TO MOTION TO STRIKE**

**1.** This opposition to Defendant's motion to strike the first amended complaint (AC) is made for several reasons and prior case law as annotated below.

**2.** California Code of Civil Procedure (CCP) § 92 states, "(d) Motions to strike are allowed only on the ground that the damages or relief sought are not supported by the allegations of the complaint." In the instant action the allegations are supported by the complaint. The allegations in the complaint are clear, concise and supported by laws and the Rules of the California Courts; California Family Code §6389, CCP §§ 415.10 through 416.50, California Civil Code §46, California Evidence Code §250, California Courts Rule 1.21.(b), California Courts Rule 3.515.(a). California Business and Professions §6068,(d).

29

3. This case should not be considered a SLAPP case at all. This case was not brought against Defendants rights of petition or free speech, it is a case of Civil rights violations; **(Seizure without notice)** slander; **(Suicidal Note)**, invasion of my personal privacy; **(Unauthorized release of medical and personnel records)** and negligence **(failure to serve me with notice)** that has resulted in harm to my reputation and loss of earnings. I am not retaliating I am seeking justice. Any person may obtain a divorce, which is the law. I was in contact with Defendant through documents and memorandums relating to community property via the mails for several months prior to my first scheduled hearing for which I was prepared. I would have been prepared for the TRO if she had followed her professional and ethical obligations to serve me with notice in a timely fashion.

4. As to Defendant's statement that I was late to court, (Motion to Strike p.4) Ms Crawford is attempting to deceive the court by making false statements. I had been served with notice of the date and time of appearance of the first hearing November 17, 2005 at 9:15 a.m. **(EX-1 A&B)** I was in court at that time and it was then that I was given the sealed envelope containing the TRO as evidenced by **(EX-2)**. It was at this time (9:15 a.m.) I was denied my right to object, move for a stay of the TRO, or to ask for a different judge.

**OPPOSITION TO MOTION TO STRIKE**
Case Number: C07 03274JW Page 2 of 3

**5.** A court considering a motion to strike under the anti-SLAPP statute must engage in a two-part inquiry. First, a defendant "must make an initial prima facie showing that the plaintiff's suit arises from an act in furtherance of the defendant's rights of petition or free speech." *Globetrotter Software,* 63 F. Supp. 2d at 1129; *see also Wilcox,* 27 Cal. App. 4th at 819-20. On May 24, 2007 Judge Pro Tempore Diana C. Baker ruled that I could subpoena any records relating to the issuance of documents regarding service of the TRO **(EX-3)**. As Defendant could not produce any document or evidence indicating that she had attempted service by any means on me, I initiated the instant case. This case did not arise from an act in furtherance of the defendant's rights of petition or free speech, but rather for the tort claims annotated in the Amended Complaint.

**6.** For the reasons cited above, I pray that Defendant's Motion to Strike not be granted.

Dated this March 5, 2008

Henry E. Leinen, Plaintiff

**OPPOSITION TO MOTION TO STRIKE**
Case Number: C07 03274JW Page 3 of 3

FL-320

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>DEBRA VANIMAN CRAWFORD, SBN 116222<br>LAW OFFICES OF CRAWFORD & CRAWFORD<br>P.O. Box 373<br>SW Mission & 4th<br>Carmel, California 93921-0373<br>TELEPHONE NO.: 831-624-2422   FAX NO:<br>ATTORNEY FOR (Name): KAREN SHAFFER LEINEN | FOR COURT USE ONLY<br><br>**FILED**<br><br>NOV 15 2005<br><br>LISA M. GALDOS<br>CLERK OF THE SUPERIOR COURT<br>_____ DEPUTY<br><br>JANICE N. SHELDON |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY<br>STREET ADDRESS: 1200 Aguajito Road<br>MAILING ADDRESS: 1200 Aguajito Road<br>CITY AND ZIP CODE: Monterey, CA 93940<br>BRANCH NAME: MONTEREY | |
| PETITIONER/PLAINTIFF: KAREN SHAFFER LEINEN<br>RESPONDENT/DEFENDANT: HENRY E. LEINEN | |
| **RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION**<br>HEARING DATE: 11-17-05   TIME: 9:15 a.m.   DEPARTMENT OR ROOM: 16 | CASE NUMBER:<br>DR 39733 |

1. ___ **CHILD CUSTODY**
   a. ___ I consent to the order requested.
   b. ___ I do not consent to the order requested but I consent to the following order:

2. ___ **CHILD VISITATION**
   a. ___ I consent to the order requested.
   b. ___ I do not consent to the order requested but I consent to the following order:

3. ___ **CHILD SUPPORT**
   a. ___ I consent to the order requested.
   b. ___ I consent to guideline support.
   c. ___ I do not consent to the order requested, but I consent to the following order:
      (1) ___ Guideline
      (2) ___ Other (specify):

4. _X_ **SPOUSAL SUPPORT**
   a. ___ I consent to the order requested.
   b. _X_ I do not consent to the order requested.
   c. ___ I consent to the following order:

5. ___ **ATTORNEY FEES AND COSTS**
   a. ___ I consent to the order requested.
   b. ___ I do not consent to the order requested.
   c. ___ I consent to the following order:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
FL-320 [Rev. January 1, 2003]

**RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION**

Legal
Solutions
Plus

| PETITIONER/PLAINTIFF: KAREN SHAFFER LEINEN | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: HENRY E. LEINEN | DR 39733 |

6. _X_ PROPERTY RESTRAINT
   a. ___ I consent to the order requested.
   b. _X_ I do not consent to the order requested.
   c. ___ I consent to the following order:

7. _X_ PROPERTY CONTROL
   a. ___ I consent to the order requested.
   b. _X_ I do not consent to the order requested.
   c. ___ I consent to the following order:

8. ___ OTHER RELIEF
   a. ___ I consent to the order requested.
   b. _X_ I do not consent to the order requested.
   c. ___ I consent to the following order:

9. _X_ SUPPORTING INFORMATION
   ___ contained in the attached declaration.

   The Court has no jurisdiction over the issue of spousal support. See Response. Further, Respondent has filed the improper financial form in support of his motion. The motion is not clear on what other relief Respondent is requesting. Also, I pay the mortgage ($2,000/mo), property taxes, etc. AND Respondent is living in house. Attached hereto are photographs that I took to document the state Respondent left the house when we were showing it. I took the photographs on the dates indicated. The photos accruately portray the things depicted therein. I neatly moved Respondent's belongings into the garage. I did not harm his items. Respondent has previously stated that he has suffered from depression since 1973. See attachment to Supplemental Declaration of Karen Shaffer Leinen filed 10-14-05.

**NOTE:** To respond to a request for domestic violence restraining orders requested in the *Request for Order (Domestic Violence Prevention)* (form DV-100) you must use the *Answer to Temporary Restraining Order (Domestic Violence Prevention)* (form DV-120).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/11/2005

KAREN SHAFFER LEINEN
(TYPE OR PRINT NAME)
by Debra V Chaufriel,
her attorney in fact

▶ *Karen S Leinen*
(SIGNATURE OF DECLARANT)

FL-320 [Rev. January 1, 2003]    **RESPONSIVE DECLARATION TO ORDER TO SHOW CAUSE OR NOTICE OF MOTION**    Page 2 of 2

**DV-200**  Proof of Service (In Person)

*Clerk stamps below when form is filed.*

```
        FILED
      NOV 1 7 2005
    LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
    _____DEPUTY
    JANICE N. SHELDON
```

① Protected person's name:
KAREN SHAFFER LEINEN

② Restrained person's name:
HENRY E. LEINEN

③ **Notice to Server**
You must:
- Be 18 or over.
- Not be listed on the restraining order.
- Give a copy of all documents checked in ④ to the restrained person in ② . (You cannot send them by mail.) Then sign this form and give or mail it to the protected person.



Court name and street address:
**Superior Court of California, County of**
MONTEREY
SUPERIOR COURT OF CALIFOR
1200 Aguajito Road
1200 Aguajito Road
Monterey, CA 93940

**Case Number:**
DR 39733

④ I gave the person in ② a copy of all documents checked below:
   a. _X_ DV-110 with DV-100 and a blank DV-120
      (Temporary Restraining Order and Notice of Hearing;
      Request for Order; blank Answer to Temporary Restraining Order)
   b. ___ DV-105 and DV-140 (Child Custody, Visitation, and Support Request; Child Custody and Visitation Order)
   c. ___ FL-150 with a blank FL-150 (Income and Expense Declaration)
   d. ___ FL-155 with a blank FL-155 (Simplified Financial Statement)
   e. _X_ DV-125 (Reissue Temporary Restraining Order)
   f. _X_ DV-130 (Restraining Order After Hearing)
   g. _X_ Other *(specify):* Supplemental Dec. of Karen Shaffer Leinen filed 10-14-05

⑤ I gave copies of the documents checked above to the person in ② on:
   a. Date: 11-17-05    b. Time: 9:15    X a.m. ___ p.m.
   c. At this address: 1200 Aguajito Road, Monterey, CA

⑥ **Server's Information**
Name: Debra V. Crawford
Address: P.O. Box 373, Carmel, CA 93921
Telephone: 831-624-2422

*(If you are a process server):*
County of registration: _____ Registration number: _____

⑦ I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.
Date: 11/17/05

DEBRA V. CRAWFORD
*Type or print server's name*                                  *Server to sign here*

Judicial Council of California
Rev. January 1, 2003, Optional Form
Family Code, §§ 6324, 6340-6344

**Proof of Service (In Person) (CLETS)**
(Domestic Violence Prevention)

Legal Solutions Plus        DV-200, Page 1 of 1

# THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF MONTEREY

Hon.  Diana C. Baker

Date: May 24, 2007

| Plaintiff/Petitioner:<br><br>**KAREN SHAFFER LEINEN (Shaffer)**<br><br>Defendant/Respondent:<br><br>**HENRY E. LEINEN** | Case No.    DR 39733<br><br>**ORDER AFTER SUBMISSION**<br><br>Type of Case for<br>Statistical Count: |
|---|---|

This case was heard May 24, 2007. Debra Crawford, attorney for Petitioner, waived the defect in the Proof of Service (no date of service).

The Court took under submission the issue of whether Respondent can serve Petitioner's attorney with a subpoena duces tecum regarding service of a temporary restraining order. Respondent has the right to subpoena relevant records from the custodian of those records. Therefore, if Petitioner's attorney is a custodian of records, Respondent can subpoena the records. However, the records must be relevant to the case and not covered by the attorney-client privilege.

Respondent maintains that the records sought are relevant to his loss of employment opportunity and loss of reputation in the community. Assuming Respondent has a cause of action, this cause of action is unrelated to the dissolution case.

Since the records are not relevant to this case, there is no need to rule on whether they are covered by the attorney client privilege.

After discussion, Respondent dropped his Order to Show Cause re Contempt so no court orders are necessary.

_____
Diana C. Baker, Commissioner as Judge Pro Tempore

Clerk 361 (Rev. 12/00)

## DECLARATION OF Mark D Putnam

I, Mark D Putnam, declare;

1. I am a resident of the county of Monterey, State of California. I am over the age of 18 years and am not a party to the within action. My mailing address is 2988 Crescent Ave. Pebble Beach CA 93953.

2. On the date annotated below, I deposited in the United States Mails, first class postage prepaid the documents listed in item 3 to: Debra V Crawford PO Box 373 Carmel CA 93921-0373,

Paul T Hammerness 455 Golden Gate Ave. Suite 11000

San Francisco, CA 94102-7004

3. Opposition to Defendant's Motion to Strike, Amended Complaint with three exhibits.

4. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on March 5, 2008.

_____

Mark D Putnam

Declaration of Mailing

Case Number: C07 03274JW