Debra V. Crawford
PO Box 373
Carmel, CA 93921-0373
Phone: 831.624.2422
E-filing: ddvcrawford@earthlink.net

Defendant, *in pro se*

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

280 S. 1st Street, San Jose, CA 95101

| | |
|---|---|
| HENRY E. LEINEN,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEBRA V. CRAWFORD, ESQ.<br><br>　　　Defendant. | Case no. 07-CV-03274 JW (hrl)<br>(Assigned to Hon. James Ware, Courtroom 8)<br>Complaint filed: June 21, 2007<br><br>**DEFENDANT DEBRA V. CRAWFORD'S CMC STATEMENT AND JOINDER IN JUDICIAL DEFENDANT'S CMC STATEMENT**<br><br>Date: April 21, 2008<br>Time: 10:00 a.m.<br>Ctrm: 8 |

COMES NOW defendant Debra V. Crawford and submits the following case management conference statement and joinder in the case management conference statement filed by her co-defendant, the Honorable Susan M. Dauphine. Defendant Crawford joins in the position taken by Judge Dauphine that, given plaintiff's pro per status, separate CMC statements are appropriate pursuant to local rule 16-9(a).

**a.   Description of Case**

Plaintiff has attempted to fashion a claim for damages pursuant to 42 USC §1983 against defendant Crawford, the attorney who represented plaintiff's ex-wife in their marital dissolution, and Judge Dauphine, the judge who presided over proceedings in the dissolution.

Plaintiff alleges that he was denied his civil rights and suffered damages as a result of defendant Crawford's submission of her client's application for issuance of a temporary restraining order and Judge Dauphine's issuance of the order, which, plaintiff claims, precluded him from obtaining employment as a peace officer.

**b.   Procedural Status**

Defendant Crawford has filed a special motion to strike the amended complaint and dismiss the instant action, pursuant to CCP §425.16, on the grounds that the action arises from her former client's exercise of her constitutional right to petition the courts, the claims against defendant Crawford are time barred under CCP §340.6, and Crawford's alleged conduct was privileged under *Civil Code* section 47.

Plaintiff filed his opposition to the motion on April 9, 2008. Under CCP §425.16, he bears the burden of establishing that he has a probability of prevailing on his claims against defendant Crawford. As will be set forth more fully in her reply to the opposition, plaintiff has failed to carry this burden.

The motion, along with Judge Dauphine's similarly dispositive motion, is set for hearing on April 21, 2008, prior to the hearing of this case management conference.

**c.   Further Proceedings**

As set forth above and in the co-defendant's CMC statement, the court will not determine the viability of this action until the April 21, 2008, hearing, at which time it may well dismiss the case in its entirety. Furthermore, under CCP §425.16(g), all discovery is stayed "until notice of entry of the order ruling on the motion."

Accordingly, it is respectfully requested that discovery be stayed until the defendants' respective motions to dismiss are decided.

Respectfully submitted,

Dated: April 10, 2008

_____
Debra V. Crawford, defendant

1 **CERTIFICATE OF SERVICE**

2     On April 10, 2008, this paper was served via the Court's ECF system on the

3 counsel of record listed below:

4 **Counsel for Defendant Judge Susan M. Dauphine**
**EDMUND G. BROWN**
5 **Attorney General of the State of California**
**PAUL T. HAMMERNESS, ESQ.**
6 **455 GOLDEN GATE AV STE 11000**
**SAN FRANCISCO CA 94102-7004**
7 Phone:       1.415.703.5520
*Fax:*   *1.415.703.5480*
8 Email:  Paul.Hammerness@doj.ca.gov

9     On April 10, 2008, this paper was served via 1st class mail on the remaining

10 counsel of record, listed below:

11 **Plaintiff, in *pro per***
**HENRY E LEININ**
12 **PO BOX 33**
**PACIFIC GROVE CA 93950-0289**
13 **831.655.1948**
**HLEINEN@AOL.com**
14
**DATED:  April 10, 2008**                /s/
15                              **Debra V. Crawford**

16

17

[line numbers 18–28 blank]

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action; my business address is Suite 100, 23801 Calabasas Road, Calabasas, California 91302.

On the date hereinbelow specified, I served the foregoing document, described as set forth below, on the interested parties in this action by the following method(s):

Date of Service: April 10, 2008

Document Served: **DEFENDANT DEBRA V. CRAWFORD'S CMC STATEMENT AND JOINDER IN JUDICIAL DEFENDANT'S CMC STATEMENT**

Counsel Served:

**Plaintiff,** *in pro se*
**HENRY E LEININ**
PO BOX 33
PACIFIC GROVE CA 93950-0289
831.655.1948
HLEINEN@AOL.com

[ x ] (BY REGULAR MAIL) I placed true copies thereof, enclosed in sealed envelopes, addressed to each person on whom it is to be served, at the office address as last given by that person on any document filed in the cause, and I placed such envelope(s) with first class postage thereon fully prepaid in the United States mail at Calabasas, California.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at Calabasas, California on April 10, 2008.

/s/
Tracy A. Naegele