Henry E. Leinen )
PO Box EE )
Pacific Grove, CA 93950-0289 )
(831)655-1948 )
    Plaintiff, *In Pro Se* )
                 ) Case Number: C07 03274JW
    VS. )
                 )
Debra V. Crawford, Esq. et al )
                 )
    Defendant, *In Pro Se* )

**Filed APR 15 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
280 South First St.
San Jose CA 95101

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**

COMES NOW Plaintiff Henry E Leinen and submits the following case management conference statement, pursuant to local rule 16-9(a).

**a. Description of case**

Plaintiff asserts that this case is not brought against defendants for acting within their legal duties in the dissolution case of Leinen v. Leinen (DR 39733). This case is brought because defendant Crawford failed to provide <u>Notice</u> of the issuance of a temporary restraining order, (TRO) that was reissued twice subsequent for the reason "Respondent is avoiding service". The facts in the instant case show that defendant Crawford did not attempt to have Plaintiff served process by any means. This failure to serve process

caused Plaintiff to fail a background investigation and was summarily disqualified for employment for the reason, "Failure to divulge the existence of a restraining order that prohibited you from carrying a firearm." This case is brought against defendant Dauphine for her failure to follow the basic precepts of court procedure, not for the issuance of a TRO that was legally issued after an *Ex Parte* hearing. The TRO was rescinded immediately after Plaintiff responded to it, <u>once he was served</u>. Plaintiff asserts that this case does not fall within the Rooker-Feldman doctrine as; 1. Plaintiff is not seeking a review of the dissolution case, 2. The Plaintiff was forbidden from raising any State or Federal Constitutional Claims during the proceeding; the claims became moot to the dissolution case after that first hearing and the remainder of the case was heard by other Judges of the Superior Court of California for the County of Monterey. Although moot by way of the dissolution case, they became an issue upon the denial of the first application for employment and the "Suicide Statement" issue when Plaintiff applied for other law enforcement jobs within the county of Monterey, (exhibits stayed until resolution of defendants motions).

b. **Procedural Status**

Both defendants have filed dispositive motions, set to be heard on April 21, 2008 disallowing Plaintiff from providing

additional evidence or discovery, CCP §425.16(g). Plaintiff asserts the Statue of Limitations in this case is three (3) years as codified at CCP § 338 (a) "An action upon a liability created by statute[1], other than a penalty or forfeiture". And (c) "An action for taking, detaining, or injuring any goods or chattels, including actions for the specific recovery of personal property".

### c. Further Proceedings

Plaintiff awaits the courts decision on April 21, 2008 of the defendants' dispositive motions and prays that the court will deny both.

Dated this April 9, 2008

_____
Henry E Leinen, Plaintiff

---

[1] California Family Code §6389

**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT**
Case Number: C07 03274JW Page 3 of 3

## DECLARATION OF Mark D Putnam

I, Mark D Putnam, declare;

1. I am a resident of the county of Monterey, State of California. I am over the age of 18 years and am not a party to the within action. My mailing address is 2988 Crescent Ave. Pebble Beach CA 93953.

2. On the date annotated below, I deposited in the United States Mails, first class postage prepaid the documents listed in item 3 to: Debra V Crawford PO Box 373 Carmel CA 93921-0373,

Paul T Hammerness 455 Golden Gate Ave. Suite 11000

San Francisco, CA 94102-7004

3. PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT.

4. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2008.

/s/
Mark D Putnam

Declaration of Mailing

Case Number: C07 03274JW