UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 4/21/2008
**Case No.:** C-07-03274 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

## TITLE

**Henry Leinen v. Debra Crawford et al**

**Attorney(s) for Plaintiff(s):** Henry Leinen (pro per)
**Attorney(s) for Defendant(s):** Paul Hammerness, Debra Crawford (in pro per)

## PROCEEDINGS

1. Defendants' Motions to Strike and Motion to Dismiss
2. Case Management Conference

## ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court vacated the scheduled case management conference. The Court to issue further order on motion and further scheduling dates in its order on Defendants' Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: