**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Henry Leinen, | NO. C 07-03274 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| Debra Crawford, et al., | |
|     Defendants. | |

Pursuant to the Court's May 23, 2008 Order Granting Defendant Dauphine's Motion to Dismiss With Prejudice; and Dismissing the Complaint Against Defendant Crawford for Failure to State a Claim Without Leave to Amend, judgment is entered in favor of Defendants Debra V. Crawford and the Honorable Susan M. Dauphine, against Plaintiff Henry Leinen.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: May 23, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Debra Vaniman Crawford ddvcrawford@earthlink.net
Paul T. Hammerness paul.hammerness@doj.ca.gov

Henry E. Leinen
P.O. Box EE
Pacific Grove, CA 93950-0289

**Dated:  May 23, 2008**                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**